THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JOHN CURTIS,

        **Plaintiff,**

v.                          **CIVIL ACTION NO.:  3:17-cv-02960**

**SEVENTEENTH STREET ASSOCIATES LLC
d/b/a HUNTINGTON HEALTH AND
REHABILITATION CENTER,**

        **Defendants.**

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant, Seventeenth Street Associates LLC d/b/a Huntington Health and Rehabilitation Center, by counsel, Anders W. Lindberg, John A. Hess, and the law firm of Steptoe & Johnson PLLC, and Plaintiff, by counsel, Larry O. Ford and the law firm of Meyer, Ford & Glasser, PLLC, jointly inform the Court of Plaintiff's desire to dismiss this civil action from this Court's docket, **with prejudice**.  As required by Rule 41(a)(1)(A), this stipulation is signed by all parties that have appeared.

                                            **SEVENTEENTH STREET ASSOCIATES LLC
d/b/a HUNTINGTON HEALTH AND
REHABILITATION CENTER,**

                                            **By Counsel:**

                                            */s/John A. Hess*
                                            Anders W. Lindberg (WVSB # 8876)
                                            John A. Hess (WVSB # 10818)
                                            **STEPTOE & JOHNSON PLLC**
                                            825 Third Avenue, Suite 400
                                            Huntington, WV  25701
                                            Phone (304) 522-8290

And

**JOHN CURTS,**

**By Counsel:**


*/s/Larry O. Ford*
Larry O. Ford (WVSB #1241)
**MEYER, FORD & GLASSER, PLLC**
120 Capitol Street
P.O. Box 11090
Charleston, WV 25339-1090

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JOHN CURTIS,**

       **Plaintiff,**

**v.**                            **CIVIL ACTION NO.:  3:17-cv-02960**

**SEVENTEENTH STREET ASSOCIATES LLC**
**d/b/a HUNTINGTON HEALTH AND**
**REHABILITATION CENTER,**

       **Defendants.**

## CERTIFICATE OF SERVICE

I, undersigned counsel, confirm that on the 21st day of June, 2018, I served the foregoing *STIPULATION OF VOLUNTARY DISMISSAL* via the CM/ECF system which will send notification to the following counsel of record:

Larry O. Ford (WVSB #1241)
MEYER, FORD & GLASSER, PLLC
120 Capitol Street
P.O. Box 11090
Charleston, WV 25339-1090

                                      */s/John A. Hess*
                                      Anders W. Lindberg (WVSB # 8876)
                                      John A. Hess (WVSB # 10818)